Date signed August 28, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RICHARD A. CARTER | : | Case No. 12-24486PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### ADMONITION TO DEBTOR
### AND DEBTOR'S COUNSEL

This matter has been brought to the court's attention on account of Debtor's failure to obey the Order entered August 14, 2012 (D.E. #14), directing Debtor to cure certain deficiencies in the Amended Voluntary Petition filed August 13, 2012, to correct his Social Security Number. Debtor and Debtor's counsel are admonished to make the required corrections, **on or before September 4, 2012**, failing such, the Chapter 7 Trustee will be obliged to file a Complaint to deny Debtor's discharge.

cc:
Richard A. Carter, 13414 Country Ridge Drive, Germantown, MD 20874
Alice Pare-Johnson, Esq. 19737 Executive Park Circle, Germantown, MD 20874
Roger Schlossberg, Trustee, 134 W. Washington Street, P.O. Box 4227, Hagerstown, MD 21741

**End of Order**